# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CABRILLO POWER LLC, ) | Civil No. 01cv1556-J (WMc) |
| ) | |
| Plaintiff, ) | **ORDER ON JOINT MOTION TO MODIFY CONSENT DECREE AND EXTEND SCHEDULE FOR COMPLETION OF REMAND** |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, Secretary of the United States Department of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service, ) | |
| ) | |
| Defendants, ) | |
| and ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, ) | |
| Intervenor-Defendant ) | |

**IT IS HEREBY ORDERED** that the above captioned action is transferred from the calendar of Magistrate Judge James F. Stiven to the calendar of Magistrate Judge William McCurine, Jr. for all future proceedings.

The Court having reviewed the Joint Motion to Modify Consent Decree and Extend Schedule for Completion of Remand, and being fully advised of the same, **GRANTS** the Motion.  **IT IS FURTHER ORDERED**:

1. Federal Defendants will submit a final Revised Rule designating crucial habitat for the tidewater goby to the Federal Register for publication no later than January 18, 2008.

2. Pursuant to the February 26, 2003 Consent Decree, the existing critical habitat designations for the tidewater goby, as modified by the Consent Decree, shall remain in force until completion of the remanded determinations.

3. The Court will retain jurisdiction for the purpose of enforcing this Stipulation and the Order upon Stipulation.

**IT IS SO ORDERED.**

DATED: November 30, 2007

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge McCurine
    All Counsel of Record